UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK STRAW DEVELOPMENT, LLC, | Civil No. 09cv1280 JAH (WMc) |
| Plaintiff, | **ORDER SCHEDULING HEARING** |
| v. | |
| MUGSY AVIATION, INC. | |
| Defendants. | |

Upon review of Plaintiff's request for appointment of a temporary receiver, the Court finds it appropriate to schedule a hearing. Accordingly, IT IS HEREBY ORDERED a hearing will be held before this Court on **August 24, 2009 at 2:30 pm.**

DATED: August 17, 2009

JOHN A. HOUSTON
United States District Judge

09cv1280